IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC FLORES,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                     14-cv-43-bbc

UNITED STATES ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES and
PUBLIC HEALTH SERVICE NAMED SIERRA
MEDICAL CENTER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing this case as frivolous.

/s/                                             3/25/2014

Peter Oppeneer, Clerk of Court                  Date